Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROB STAHNKE, an individual

                Plaintiff,

        vs.

CITY OF SEATTLE, a municipality;
JENNY DURKIN, an individual; and
BRUCE HARRELL, an individual,

                Defendants.

No.  2:23-cv-00002-TL

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER TO EXTEND
DEFENDANTS' DEADLINE TO ANSWER

## STIPULATION

Plaintiff Rob Stahnke ("Plaintiff") filed a Complaint for Damages ("Complaint") on January 2, 2023 against named Defendants City of Seattle, Jenny Durkin, and Bruce Harrell (hereinafter "Defendants"). ECF No. 1.  The parties move for additional time for Defendants to answer Plaintiff's Complaint  from January 31, 2023 to March 2, 2023.  Defendants would benefit from additional time

\\

\\

\\

\\

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND
DEFENDANTS' DEADLINE TO ANSWER
Page 1  (2:23-cv-00002-TL)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1  to respond to Plaintiff's allegations.  All parties stipulate and consent to this motion.

2       STIPULATED AND AGREED TO this 30th day of January, 2023.

3                                ANN DAVISON
                                 Seattle City Attorney

4
                        By:      /s/ Alexandra Nica
5                       By:      /s/ Natasha Khanna
                                 Alexandra Nica, WSBA #58299
6                                Natasha Khanna, WSBA #52870
                                 Assistant City Attorneys
7
                                 E-mail: Alexandra.Nica@seattle.gov
8                                E-mail: Natasha.Khanna@seattle.gov

9                                Seattle City Attorney's Office
                                 701 Fifth Avenue, Suite 2050
10                               Seattle, WA 98104-7095
                                 Phone: (206) 684-8200
11
                                 *Attorneys for Defendants*
12

13                               LAW OFFICE OF FRANK S. HOMSHER

14                      By:      /s/ Frank S. Homsher
                                 Frank S. Homsher, WSBA #26935
15                               Law Office of Frank S. Homsher
                                 510 Bell Street
16                               Edmonds, WA 98020
                                 (425) 320-9628
17                               frank@homsherlawgroup.com

18                               *Attorney for Plaintiff Rob Stahnke*

19

20

21

22

23

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEFENDANTS' DEADLINE TO ANSWER
Page 2  (2:23-cv-00002-TL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**ORDER**

This matter having come before the Court on the foregoing Stipulation (Dkt. No. 8), and the Court having considered the Stipulation, and good cause appearing, grants the Stipulation. Defendants' answer to Plaintiff's complaint is due March 2, 2023.

Dated this 30th day of January 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEFENDANTS' DEADLINE TO ANSWER
Page 3  (2:23-cv-00002-TL)