FRANK S. HOMSHER, WSBA #26935
LAW OFFICE OF FRANK S. HOMSHER
510 BELL STREET
EDMONDS, WA 98020
(425) 440-3411
frank@homsherlawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROB STAHNKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, a municipality; JENNY DURKIN, an individual; and BRUCE HARRELL, an individual,<br><br>Defendants | CASE NO. 2:23-cv-00002-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER AND REVISE INITIAL SCHEDULING DATES DEADLINE** |

**STIPULATION**

Plaintiff ROB STAHNKE ("Plaintiff") filed his Complaint for Damages on January 2, 2023 against Defendants CITY OF SEATTLE, JENNY DURKIN, and BRUCE HARRELL. ECF No. 1. On January 30, 2023, the Parties filed a Stipulated Motion to Extend Defendants' Deadline to Answer from January 31, 2023 to March 2, 2023 ("First Stipulated Motion to Extend"). ECF No. 8. The Court signed the order granting the First Stipulated Motion to Extend on January 30, 2023. ECF 9.

On February 19, 2023, Plaintiff's counsel, Frank S. Homsher, was hospitalized. Mr. Homsher remains hospitalized at this time. Therefore, the Parties move the Court to extend the deadline for

STIPULATED MOTION
*(Stahnke v. City of Seattle, et al)*
Page 1 of 3

**Law Office of Frank S. Homsher**
510 Bell Street
Edmonds, WA 98020
Tel. (425) 440-3411
E: frank@homsherlawgroup.com

Defendants to answer Plaintiff's Complaint for Damages from March 2, 2023 to April 3, 2023. Additionally, the Parties move the Court to extend by 30 days the Initial Scheduling Dates deadlines set in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. ECF No. 10. The Parties propose the following new deadlines:

| Deadline | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| FRCP 26(f) Conference | March 9, 2023 | April 10, 2023 |
| Initial Disclosures | March 23, 2023 | April 24, 2023 |
| Joint Status Report and Discovery Plan | April 6, 2023 | May 8, 2023 |

All Parties stipulate and consent to this Motion.

STIPULATED AND AGREED TO this 1st day of March, 2023,

LAW OFFICE OF FRANK S. HOMSHER

By: _____
    Chris Rosfjord, WSBA #37668

Frank S. Homsher, WSBA #26935
Law Office of Frank S. Homsher
510 Bell Street
Edmonds, WA 98020
(425) 320-9628
frank@homsherlawgroup.com
chris@homsherlawgroup.com
*Attorney for Plaintiff Rob Stahnke*

ANN DAVISON
Seattle City Attorney

By: _____
    Alexandra Nica, #58299
    Natasha Khanna, WSBA #52870
    Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200
Alexandra.Nica@seattle.gov
Natasha.Khanna@seattle.gov
*Attorneys for Defendants*

STIPULATED MOTION
*(Stahnke v. City of Seattle, et al)*
Page 2 of 3

**Law Office of Frank S. Homsher**
510 Bell Street
Edmonds, WA 98020
Tel. (425) 440-3411
E: frank@homsherlawgroup.com

### ORDER

This matter comes before the Court on the foregoing Stipulation. Dkt. No. 11. The Court having considered the Stipulation, and good cause appearing, GRANTS the motion to extend the deadline for Defendants to answer Plaintiff's Complaint for Damages. Defendants' answer to Plaintiff's Complaint for Damages is due April 3, 2023.

The Court also GRANTS the motion extend the Initial Scheduling Dates deadlines. The new deadlines are as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | April 10, 2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | April 24, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | May 8, 2023 |

Dated this 8th day of March 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION
*(Stahnke v. City of Seattle, et al)*
Page 3 of 3

Law Office of Frank S. Homsher
510 Bell Street
Edmonds, WA 98020
Tel. (425) 440-3411
E: frank@homsherlawgroup.com