1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

ROB STAHNKE, an individual,

CASE NO. 2:23-cv-2

9

Plaintiff,

ORDER ON MOTION TO PROCEED PRO
SE AND MOTION FOR AN EXTENSION
TO SUBMIT INITIAL DISCLOSURES

10

v.

11

CITY OF SEATTLE, a municipality, and
JENNY DURKIN, an individual,

12

Defendants.

13

14       This matter comes before the Court on Plaintiff Rob Stahnke's notice of self-

15   representation. Dkt. No. 19. The Court construes this "notice" as a motion for leave to appear pro

16   se under Local Civil Rule 83.2(b)(5).

17       When a party is represented by an attorney, the party cannot appear on their own behalf

18   until after the party moves to proceed pro se, the party certifies they have provided copies of

19   their motion to current counsel and the opposing party, and the Court grants the substitution.

20   LCR 83.2(b)(5).

21       On May 10, 2023, Stahnke filed a "notice of self-representation" in which he stated that

22   his attorneys of record, Frank Homsher and Chris Rosfjord, could no longer represent him. Dkt.

23   No. 19 at 1. Stahnke reports that Homsher was disbarred and Rosfjord was admitted to the

24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

hospital. *Id.* Stahnke submitted copies of emails from both Homsher and Rosfjord saying they could no longer handle his case. *See* Dkt. No. 19-1 at 1–2. Notices of Stahnke's filing were sent to both Rosfjord and Homsher's email accounts through the Court's electronic filing system. *See* Dkt. No. 19. Stahnke certified that he emailed a copy of his motion to opposing counsel. *Id.* at 2. On May 11, 2023, Rosfjord filed a "notice of withdrawal of counsel" in which he assented to Stahnke's self-representation. *Id.*

Accordingly, the Court GRANTS Stahnke's motion to proceed pro se. Dkt. No. 19. Stahnke's former attorneys Homsher and Rosfjord no longer represent him in this case. The Court also GRANTS Stahnke's unopposed motion for an extension of time to file initial disclosures. Dkt. No. 20. In its status report, Defendant stated that initial disclosures would be completed on May 10, 2023. *See* Dkt. No. 18 at 2. Given Stahnke's recent pro se status, the Court ORDERS the parties to complete initial disclosures and to file a new joint status report by June 12, 2023.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at that party's last known address.

Dated this 31st day of May, 2023.

Jamal N. Whitehead
United States District Judge

ORDER ON MOTION TO PROCEED PRO SE AND MOTION FOR AN EXTENSION TO SUBMIT INITIAL DISCLOSURES - 2