UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROB STAHNKE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>        Defendant. | CASE NO. 2:23-cv-2<br><br>ORDER GRANTING AGREED MOTION TO CONTINUE DEADLINE TO FILE A JOINT STATUS REPORT |

    This matter comes before the Court on the parties stipulated motion to extend by 90 days the deadline to file their joint status report. Dkt. No. 27. On May 31, 2023, the Court granted Plaintiff Rob Stahnke's motion to proceed pro se and terminated his former attorneys. The Court ordered the parties to file a new joint status report by June 12, 2023. On June 9, 2023, attorneys James K. McCanna and Aubrie Hicks entered appearances on behalf of Plaintiff. The parties now seek to extend the deadline to file their joint status report by 90 days to allow Plaintiff's attorneys time to learn about the case. The Court finds good cause to adjust the deadline under these circumstances. Accordingly, the Court ORDERS the parties to file a joint status report by September 11, 2023.

ORDER GRANTING AGREED MOTION TO CONTINUE DEADLINE TO FILE A JOINT STATUS REPORT - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 15th day of June, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING AGREED MOTION TO CONTINUE DEADLINE TO FILE A JOINT STATUS REPORT - 2