UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROB STAHNKE,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>CITY OF SEATTLE, a municipality, JENNY DURKIN, and BRUCE HARRELL,<br><br>　　　　　　　　　　Defendants. | NO. 2:23-cv-2<br><br>ORDER ON STIPULATED MOTION FOR VOLUNTARY DISMISSAL |

THIS MATTER having come upon the Stipulated Motion of the parties to dismiss this action without prejudice, and the Court having reviewed the records and files herein, and having considered the motion and pleadings filed in support of the motion including:

1. Stipulated Motion To Voluntarily Dismiss Without Prejudice;

And the Court being fully apprised,

NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Stipulated Motion to Dismiss Without Prejudice is GRANTED without an award of attorney's fees or costs to either party.

ORDER ON STIPULATED MOTION FOR
VOLUNTARY DISMISSAL - 1
(2:23-CV-00002-JNW)

MCCANNA LAW, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157

DATED this 9th day of August 2023.

Jamal N. Whitehead
United States District Judge

Presented by:

By: */s/ James McCanna*
James McCanna, WSBA #22565
Attorney for Plaintiffs
jmccanna@mccannalaw.com

By: */s/Alexandra Nica*
Alexandra Nica, WSBA #58299
Assistant City Attorney
Attorney for Defendant
alexandra.nica@seattle.gov

ORDER ON STIPULATED MOTION FOR
VOLUNTARY DISMISSAL - 2
(2:23-CV-00002-JNW)

McCanna Law, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157